UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Scott Johnson,

    Plaintiff,

 v.

Clarence R White;
Ulrike K White; and Does 1-10,

    Defendants.

Case: 2:14-CV-00512-MCE-AC

**ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO Fed. R. Civ. P. 41 (a) (1)**

## ORDER

Having read the foregoing Stipulation, ECF No. 6, and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT